IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| THOMAS KENYON McMEANS, )<br>)<br>    Petitioner, )<br>) <br>    v. )<br>)<br>REOSHA BUTLER, )<br>Correctional Warden, III, )<br>et al., )<br>)<br>    Respondents. ) | CIVIL ACTION NO.<br>2:23cv332-MHT<br>(WO) |

OPINION

This case began with a filing by petitioner Thomas Kenyon McMeans that was styled as a "Motion for Writ of Error Coram Nobis/Rule 60(b)(4)," which the court construed as a petition for writ of habeas corpus under 28 U.S.C. § 2254. McMeans then filed a motion objecting to the re-characterization and a motion to amend the original filing. The respondents sought dismissal of McMeans's initial filing, arguing that it constitutes an unauthorized successive habeas petition.

This lawsuit is now before the court on the recommendation of the United States Magistrate Judge

that McMeans's motions be denied and the respondents' motion to dismiss be granted. Also before the court are McMeans's objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of January, 2024.

                                           /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**