IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
THOMAS KENYON McMEANS,       )
                             )
    Petitioner,              )
                             )      CIVIL ACTION NO.
    v.                       )        2:23cv332-MHT
                             )             (WO)
REOSHA BUTLER,               )
Correctional Warden, III,    )
et al.,                      )
                             )
    Respondents.             )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Petitioner's objections (Doc. 23) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 21) is adopted.

(3) Petitioner's motion to object (Doc. 14) to the recharacterization of his "Writ of Error Coram Nobis/Rule 60(b)(4)" motion is denied; to the extent petitioner's filing (Doc. 14) is an objection, the

objection is overruled.

(4) Petitioner's motion to amend (Doc. 15) is denied as futile.

(5) Respondents' motion to dismiss (Doc. 18) petitioner's construed 28 U.S.C. § 2254 petition (Doc. 1) is granted, and the petition (Doc. 1) is dismissed for lack of jurisdiction because the required permission has not been obtained from the Eleventh Circuit Court of Appeals.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of January, 2024.

                                        /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE