IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
THOMAS KENYON McMEANS,        )
                              )
    Petitioner,               )
                              )       CIVIL ACTION NO.
    v.                        )         2:23cv332-MHT
                              )              (WO)
REOSHA BUTLER,                )
Correctional Warden, III,     )
et al.,                       )
                              )
    Respondents.              )
```

ORDER

It is ORDERED that petitioner's motion for leave to file a Rule 59(e) motion out of time (Doc. 29) is denied.  Federal Rule of Civil Procedure 6 explicitly prohibits courts from extending the time to file a motion under Rule 59(e), regardless of the circumstances.  *See* Fed. R. Civ. P. 6(b)(2) ("A court must not extend the time to act under Rules 50(b) and (d), 52(b), 59(b), (d), and (e), and 60(b)."); *Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010) ("To help preserve the finality of judgments, a court may not extend the time to file a Rule 59(e) motion.

Fed.R.Civ.P. 6(b)(2).").

DONE, this the 27th day of June, 2024.

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**