IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| THOMAS KENYON McMEANS,  )<br>  )<br>    Petitioner,  )<br>  )<br>    v.  )<br>  )<br>REOSHA BUTLER,  )<br>Correctional Warden, III,  )<br>et al.,  )<br>  )<br>    Respondents.  ) | CIVIL ACTION NO.<br>2:23cv332-MHT<br>(WO) |

### ORDER

This case is before the court on petitioner's motion for a certificate of appealability (Doc. 36), which the court construes as also containing a motion for leave to appeal. A certificate of appealability is not needed when an appeal is from a dismissal of a 28 U.S.C. § 2254 petition as an unauthorized second or successive filing. *See Hubbard v. Campbell*, 379 F.3d 1245, 1246 (11th Cir. 2004).

Accordingly, it is ORDERED that petitioner's motion for a certificate of appealability is denied as unnecessary.

**It is further ORDERED that:**

(1) Petitioner's motion for leave to appeal is denied for the reasons stated by the United States Magistrate Judge in the order (Doc. 34) denying petitioner's motion for extension of time to file an appeal.

(2) Petitioner's motion for status (Doc. 38) is denied as moot.

**DONE**, this the 17th day of December, 2024.

                                      /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**