IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
THOMAS KENYON McMEANS,         )
                               )
    Petitioner,                )
                               )    CIVIL ACTION NO.
    v.                         )      2:23cv332-MHT
                               )          (WO)
REOSHA BUTLER,                 )
Correctional Warden, III,      )
et al.,                        )
                               )
    Respondents.               )
```

**ORDER**

The court has received a notice from the United States Court of Appeals indicating that petitioner's most recent filing (Doc. 40), which is labelled "Application – Petition For Either C.O.A, or Alternatively Issue Rule Nisi to Appeal Rule 60(b), Fed. R. Civ. P.", should be filed as a notice of appeal. As the document has already been filed on the docket, the court will simply construe the filing as a notice of appeal.

\*\*\*

Accordingly, it is ORDERED that petitioner's filing

(Doc. 40) is construed as a notice of appeal.

DONE, this the 28th day of January, 2025.

                             /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**